UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMAS,<br><br>    Petitioner,<br><br>    v.<br><br>ROSANNE CAMPBELL, et al.<br><br>    Respondents. | 1:04-CV-06551-AWI-TAG-HC<br><br>ORDER TO SHOW CAUSE<br>WHY STAY SHOULD NOT BE VACATED<br>FOR FAILURE TO FILE STATUS REPORT<br>(Doc. 10) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**PROCEDURAL HISTORY**

On November 5, 2004, Petitioner filed the instant petition for writ of habeas corpus in the United States District Court for the Eastern District of California. (Doc. 1). On March 24, 2005, pursuant to an order of the Court, Petitioner filed an amended petition. (Doc. 7).

Also on March 24, 2005, Petitioner filed a motion to stay the instant habeas proceedings in order to exhaust his state court remedies. (Doc. 8). On October 3, 2005, the Court granted Petitioner's motion for stay of proceedings. (Doc. 10). In that order, the Court specified that Petitioner must file regular status reports concerning his efforts to exhaust state court remedies. (Id.). Petitioner was ordered to file his first status report within thirty days and to file regular status reports every sixty days thereafter. (Id.). Petitioner was cautioned that failure to file regular status reports would result in the Court vacating the stay *nunc pro tunc* to October 3, 2005. (Id.).

Petitioner duly filed his first status report on October 14, 2005.  (Doc. 11).  However, Petitioner has failed to file any further status reports as required by the Court's October 3, 2005 order.  The next status report was due sixty days after the filing of the first status report, or on December 14, 2005.

**ORDER TO SHOW CAUSE**

Accordingly, IT IS HEREBY ORDERED that, within thirty (30) days of the date of service of this order, Petitioner must file a response to this order showing cause why the Court should not vacate the stay *nunc pro tunc* to October 3, 2005 (Doc. 10), and permit the case to proceed due to Petitioner's failure to comply with the order of the Court that he provide status reports concerning his efforts to exhaust state court remedies.

IT IS SO ORDERED.

Dated:   **January 9, 2006**           /s/ Theresa A. Goldner
**j6eb3d**                               UNITED STATES MAGISTRATE JUDGE