# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SIMAS, | ) 1:04-cv-06551 AWI-TAG (HC) |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS (Doc. 24) |
| v. | ) |
| | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO VOLUNTARILY DISMISS |
| ROSANNE CAMPBELL, Warden, et al., | ) AMENDED PETITION FOR WRIT OF |
| | ) HABEAS CORPUS (Doc. 22) |
| Respondents. | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 12, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that Petitioner's motion for voluntary dismissal be GRANTED, (Doc. 24), and the amended petition for writ of habeas corpus (Doc. 7) be DISMISSED without prejudice. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 12, 2008 (Doc. 24), are ADOPTED IN FULL;
2. Petitioner's motion for dismissal (Doc. 22), is GRANTED;
3. The amended petition for writ of habeas corpus (Doc. 7), is DISMISSED without prejudice; and
4. The Clerk of Court is DIRECTED to close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 29, 2008**                    /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE